44 So.2d 790

## MOORE v. STATE.

### 5 Div. 492.

Supreme Court of Alabama.
March 2, 1950.

---

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the petition.

Walker & Walker, of Opelika, opposed.

BROWN, Justice.

The Court of Appeals finds as a fact that the evidence in the case did not warrant a submission of the issues presented by the second count of the indictment to the jury and the Court held that in view of this fact the verdict could not be referred to the other count. We are of opinion that this is a correct conclusion of law. The writ of certiorari is, therefore, denied.

Writ denied.

All the Justices concur except GARDNER, C. J., not sitting.